MARY COSTELLO et al., Appellants, *v.* THE STATE OF NEW YORK, Respondent.

MARY A. POLAND, Appellant, *v.* SAME, Respondent.

These cases presented the same questions and were argued and decided with *Reed* v. *State* (*ante,* p. 407).